UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DANTONIO COLVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:23-CV-512-D** |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on September 5, 2024 [D.E. 19], the court the court ADOPTS the conclusions in the M&R [D.E. 18], GRANTS plaintiff's request for relief [D.E. 14], and REMANDS the action to the commissioner.

This Judgment filed and entered on September 5, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

September 5, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk