UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DANTONIO COLVIN,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-512-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $5,150.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood, Arrowood & Hall, PLLC, P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

This Judgment filed and entered on December 6, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

December 6, 2024

        Peter A. Moore, Jr.
        Clerk of Court

        By: /s/ Stephanie Mann
            Deputy Clerk